727 A.2d 1109

**COMMONWEALTH of Pennsylvania**

v.

**Antuan BRONSHTEIN.**

Supreme Court of Pennsylvania.

April 16, 1999.

## ORDER

PER CURIAM:

**AND NOW,** this 16th day of April, 1999, we **DENY** the Application for Stay of Execution.  See, *Commonwealth v. Antuan Bronshtein; Appeal of Maria Pogrebivsky and Karolina Benchluch, as Next Friends to Antuan Bronshtein,* —— Pa. ——, 729 A.2d 1102 (1999).